**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SIMON GORDON, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>  vs.<br><br>KITE PHARMA, INC., ARIE S. BELLDEGRUN, DAVID BONDERMAN, JOSHUA A. KAZAM, OWEN N. WITTE, FARAH H. CHAMPSI, IAN T. CLARK, ROY DOUMANI, FRANZ HUMER, RAN NUSSBAUM, JONATHAN PEACOCK, and STEVEN RUCHEFSKY,<br><br>            Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:17-cv-01281-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL OF
PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff Simon Gordon ("Plaintiff"), by and through his counsel, hereby withdraws his Motion for Preliminary Injunction ("Injunction Motion") [DI 3]. In support of this withdrawal, Plaintiff states:

1. On September 5, 2017, Defendants caused a Schedule 14D-9 Recommendation Statement (the "Recommendation Statement") to be filed with the U.S. Securities and Exchange Commission ("SEC") in connection with the proposed acquisition of Kite Pharma, Inc. ("Kite Pharma" or the "Company") by Dodgers Merger Sub, Inc. ("Merger Sub") through a tender offer set to expire on October 2, 2017 (the "Proposed Transaction").

2. On September 7, 2017, Plaintiff filed his complaint [DI 1] alleging that Defendants omitted material information from the Recommendation Statement, including material information regarding the financial projections for Kite Pharma and the valuation analyses performed by Kite Pharma's financial advisor. Shortly after, Plaintiff also filed the Injunction Motion seeking to

enjoin the Proposed Transaction until said disclosure violations were cured and the information was disseminated to Kite Pharma shareholders.  Plaintiff subsequently offered to confer with Defendants in an effort to resolve the Injunction Motion.

3. On September 25, 2017, Defendant Kite Pharma filed an Amendment to Schedule 14D-9 Recommendation Statement with the United States Securities and Exchange Commission, that contained certain additional material information, which mooted the grounds Plaintiff asserted constituted a basis for the Injunction Motion (the "Supplemental Disclosures").

4. As a result, Plaintiff no longer intends to request a preliminary injunction, and respectfully withdraws the Motion for Preliminary Injunction [DI3] and seeks to vacate all related deadlines.

5. Plaintiff's counsel has conferred with counsel for the Defendants, and Defendants' counsel have no objection to the withdrawal of the motion.

Dated: September 25, 2017

OF COUNSEL:

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Ave., 26th Fl.
New York, NY 10017
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*

Respectfully submitted,

**FARUQI & FARUQI, LLP**

By: */s/ Michael Van Gorder*
Michael Van Gorder (#6214)
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

*Counsel for Plaintiff*