# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON GORDON, on behalf of himself and all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KITE PHARMA, INC., ARIE S. BELLDEGRUN, DAVID BONDERMAN, FRANZ B. HUMER, OWEN N. WITTE, IAN T. CLARK, FARAH H. CHAMPSI, ROY DOUMANI, JOSHUA A. KAZAM, JONATHAN M. PEACOCK, STEVEN B. RUCHEFSKY, and RAN NUSSBAUM,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:17-cv-01281-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER CLOSING CASE FOR ALL PURPOSES**

WHEREAS, on October 30, 2017, the Court entered an order granting plaintiff's voluntary dismissal (the "Order") of the above-captioned action (the "Action") as moot for the reasons stated in the Order and dismissed the Action with prejudice as to the named Plaintiff and without prejudice as to the purported class, and retained jurisdiction solely for the purpose of adjudicating a mootness fee and expense application Plaintiff might file;

WHEREAS, the parties reached agreement on all outstanding issues;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was meritorious;

**NOW, THEREFORE,** upon consent of the parties and subject to approval of the Court:

IT IS HEREBY ORDERED this [___] day of [_____], 2018, that:

　　1.　The Action is closed for all purposes.

**SO ORDERED.**

_____
HON.  RICHARD G. ANDREWS

Dated:  March 21, 2018

        **FARUQI & FARUQI, LLP**

        By: */s/ Michael Van Gorder*

        Michael Van Gorder (Bar ID No. 6214)
        20 Montchanin Road, Suite 145
        Wilmington, Delaware 19807
        Tel: (302) 482-3182
        mvangorder@faruqilaw.com

        **FARUQI & FARUQI, LLP**
        Nadeem Faruqi
        James M. Wilson, Jr.
        685 Third Avenue
        26th Floor
        New York, NY 10017
        212-983-9330
        nfaruqi@faruqilaw.com
        jwilson@faruqilaw.com

        *Attorneys for Plaintiff*

        **RICHARDS, LAYTON & FINGER, P.A.**

        By: */s/ Raymond J. DiCamillo*

        Raymond J. DiCamillo (Bar ID No. 3188)
        920 North King Street
        Wilmington, DE  19801
        302-651-7786
        dicamillo@rlf.com

        *Attorney for Defendants*