UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SIMON GORDON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KITE PHARMA, INC., ARIE S. BELLDEGRUN, DAVID BONDERMAN, FRANZ B. HUMER, OWEN N. WITTE, IAN T. CLARK, FARAH H. CHAMPSI, ROY DOUMANI, JOSHUA A. KAZAM, JONATHAN M. PEACOCK, STEVEN B. RUCHEFSKY, and RAN NUSSBAUM,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-01281-RGA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND [PROPOSED] ORDER CLOSING CASE FOR ALL PURPOSES

WHEREAS, on October 30, 2017, the Court entered an order granting plaintiff's voluntary dismissal (the "Order") of the above-captioned action (the "Action") as moot for the reasons stated in the Order and dismissed the Action with prejudice as to the named Plaintiff and without prejudice as to the purported class, and retained jurisdiction solely for the purpose of adjudicating a mootness fee and expense application Plaintiff might file;

WHEREAS, the parties reached agreement on all outstanding issues;

WHEREAS, Defendants have denied and continue to deny any wrongdoing and contend that no claim asserted in the Action was meritorious;

**NOW, THEREFORE,** upon consent of the parties and subject to approval of the Court:

IT IS HEREBY ORDERED this [22] day of March, 2018, that:

1. The Action is closed for all purposes.

**SO ORDERED.**

_____
HON. RICHARD G. ANDREWS

Dated: March 21, 2018

**FARUQI & FARUQI, LLP**

By: */s/ Michael Van Gorder*

Michael Van Gorder (Bar ID No. 6214)
20 Montchanin Road, Suite 145
Wilmington, Delaware 19807
Tel: (302) 482-3182
mvangorder@faruqilaw.com

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue
26th Floor
New York, NY 10017
212-983-9330
nfaruqi@faruqilaw.com
jwilson@faruqilaw.com

*Attorneys for Plaintiff*

**RICHARDS, LAYTON & FINGER, P.A.**

By: */s/ Raymond J. DiCamillo*

Raymond J. DiCamillo (Bar ID No. 3188)
920 North King Street
Wilmington, DE 19801
302-651-7786
dicamillo@rlf.com

*Attorney for Defendants*

2